IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) **Plaintiff,** ) ) v ) ) MINNESOTA REGIS CORP., ) ) **Defendant.** ) | CIVIL NO. 1:07-CV-079 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Anna Richardson Smith and Scott W. Kezman of the law firm of Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514, 757-624-3000 to appear as additional counsel for the defendant in this matter filed on April 9, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Anna Richardson Smith and Scott W. Kezman are hereby granted special admission to the bar of this court, with the additional payment of the admission fees having been paid to the Clerk of this court.

Signed: April 9, 2007

Dennis L. Howell
United States Magistrate Judge